1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTT N. JOHNSON,                    )
                                         )     2:08-cv-01946-GEB-KJM
12              Plaintiff,               )
                                         )
13          v.                           )     ORDER RE: SETTLEMENT
                                         )     AND DISPOSITION
14  ROBERT PAUL BALLARD, d/b/a Mufflers)
    USA; RAYMOND GLEN WARD, d/b/a        )
15  Action Auto Painting; WILLIAM        )
    RAYMOND BANKS, Trustee of the Banks)
16  Revocable Living Trust dated         )
    February 14, 1996; LINDA KAY BANKS,)
17  Trustee of the Banks Revocable       )
    Living Trust dated February 14,      )
18  1996,                                )
                                         )
19              Defendants.              )
                                         )
20  _____    )

21          On November 19, 2008, Plaintiff filed a Notice of

22  Settlement in which he states: "the parties have settled this

23  action."  Therefore, a dispositional document shall be filed no

24  later than December 9, 2008.  Failure to respond by this deadline

25  may be construed as consent to dismissal of this action without

26  prejudice, and a dismissal order could be filed.  See L.R. 16-

27  160(b) ("A failure to file dispositional papers on the date

28  prescribed by the Court may be grounds for sanctions.").

1

1        The status (pretrial scheduling) conference scheduled for

2   December 8, 2008, is reset for hearing on January 20, 2009, at 9:00

3   a.m., in the event no dispositional document is filed, or if this

4   action is not otherwise dismissed. Further, a Joint Status Report

5   shall be filed fourteen days prior to the status (pretrial

6   scheduling) conference.[1]

7        IT IS SO ORDERED.

8   Dated:  November 20, 2008

9

10  _____
    GARLAND E. BURRELL, JR.

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26      [1]   The status (pretrial scheduling) conference remains on
    calendar because the mere representation that an action has settled
27  does not justify removing the action from the trial docket.  Cf.
    Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that
28  a representation that claims have been settled does not necessarily
    establish the existence of a binding settlement agreement).